# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (A/K/A MINNESOTA MINING AND MANUFACTURING COMPANY); |
|---|---|
| Defendant 2 | BASF CORPORATION; |
| Defendant 3 | CHEMGUARD, INC.; |
| Defendant 4 | CORTEVA, INC. (F/K/A DOWDUPONT INC.); |
| Defendant 5 | DUPONT DE NEMOURS, INC (F/K/A DOWDUPONT INC.); |
| Defendant 6 | EIDP, INC. (A/K/A E. I. DU PONT DE NEMOURS AND COMPANY); |
| Defendant 7 | THE CHEMOURS COMPANY; |
| Defendant 8 | THE CHEMOURS COMPANY FC, LLC; |
| Defendant 9 | TYCO FIRE PRODUCTS, LP as successor-in-interest to THE ANSUL COMPANY; |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

   ☒ Diversity

   ☐ Federal Question

   ☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   ☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud

  Count IX – Conspiracy
  Count X – Wrongful Death
  Count XI – Loss of Consortium

  <u>Other Causes of Action</u>:
  Count XII – _____
  Count XIII – _____
  Count XIV – _____
  Count XV – _____
  Count XVI – _____
  Count XVII – _____
  Count XVIII – _____
  Count XIX –  _____
  Count XX –  _____
  Others
  _____
  _____
  _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

        Respectfully Submitted,

        By: <u>*/s/ Fred Thompson III*</u>
        **MOTLEY RICE LLC**
        Fred Thompson III
        T. David Hoyle
        Anne McGinness Kearse
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        (843) 216-9000
        <u>fthompson@motleyrice.com</u>
        <u>dhoyle@motleyrice.com</u>
        <u>akearse@motleyrice.com</u>

        *Attorneys for Plaintiff*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Ahrens, Peggy Lynn | 04/22/1958 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 2. | Amit, Noam | 4/27/1979 | California | Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 3. | Beeler, Joseph | 10/13/1947 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 4. | Benitez, Coti | 5/7/1983 | Kansas | District of Kansas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 5. | Benoit, Denise | 7/19/1963 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 6. | Bolden, David | 09/09/1968 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 7. | Boyle, Stephen | 12/16/1957 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 8. | Bromley, George | 12/3/1945 | New Mexico | District of New Mexico | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 9. | Brooks, Jerry | 09/24/1965 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 10. | Brumlow, Janet Elaine | 7/23/1949 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 11. | Bryant, Anthony | 7/16/1968 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 12. | Bush, Collier | 7/12/1946 | Alabama | Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 13. | Carubia, Roy | 04/29/1959 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 14. | Cheramie, Elvin | 8/10/1958 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 15. | Churby, Randy | 4/21/1958 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 16. | Clayton, Kevin | 12/30/1975 | Washington | Eastern District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 17. | Cockerham, Claudette | 06/30/1960 | Illinois | Southern District of Illinois | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 18. | Cole, Michael | 02/04/1960 | California | Southern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 19. | Corbin, Francis | 07/02/1947 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 20. | Cummings, Joanna | 12/19/1950 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 21. | Daniels, Todd A. | 11/29/1969 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 22. | Davis, Gerald | 1/23/1943 | Texas | Eastern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 23. | DeBerry, Daryl | 01/30/1962 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 24. | DeHerrera, Felix | 7/30/1952 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 25. | Edmiston, Daniel | 5/23/1986 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 26. | Embair, Gail | 7/28/1958 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 27. | Floyd, Sherry L. | 02/28/1951 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 28. | Gall, Dennis | 12/20/1946 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 29. | Graham, Nicholas | 06/20/1978 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 30. | Guy, Justin | 03/01/1989 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 31. | Harmon, Thyra | 09/26/1956 | Alabama | Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 32. | Helms, Carol | 10/5/1965 | Florida | Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 33. | Hill, Mattie | 9/12/1950 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 34. | Hoglund, David | 10/25/1954 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 35. | Hornberger, Victor David | 10/16/1951 | Kansas | District of Kansas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 36. | Huntley, Kenneth | 6/22/1961 | Washington | Eastern District of Washington | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 37. | Jebbia, Natalie Jo | 01/15/1946 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 38. | Kirkwood, Hollie | 06/10/1937 | Texas | Western District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 39. | Kitchens, Johnny | 08/01/1960 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 40. | Kreafle, Brian Lee | 12/16/1952 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 41. | Kruse- Koivisto, Kenneth J. | 11/16/1981 | Minnesota | District of Minnesota | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 42. | LaFountain, Shari L. | 10/07/1970 | New York | Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 43. | Landon, Robert | 4/13/1962 | New York | Northern District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 44. | Layton, Ronald | 03/03/1965 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 45. | Lee, Robbie A. | 12/22/1971 | New Mexico | District of New Mexico | No | Yes | No | Kindey Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 46. | Lester, John G. o/b/o Alvin Edward Lester, Jr. | 03/10/1937 | Washington | Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 47. | Lirette, Shane | 03/23/1990 | Louisiana | Eastern District of Louisiana | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 48. | Lites, Kelley | 09/10/1965 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 49. | Loney, Sr., Loring | 07/02/1956 | Georgia | Southern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 50. | Lopes, Edward | 1/30/1962 | MA | District of Massachusetts | No | Yes | No | Kidney cancer | I, II, III, IV, VI, VII, VIII, IX |
| 51. | Luongo, Vincent | 08/01/1957 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 52. | Madorin, Mitchell | 12/22/1970 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 53. | Malaquias, Lisa | 12/30/1967 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 54. | Malek, Jeffrey | 05/19/1983 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 55. | Margolies, Michael | 11/15/1963 | North Carolina | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 56. | Masri, Awad | 7/5/1976 | California | Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 57. | May, David J. | 11/22/1959 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 58. | McInnis, Gregory | 10/03/1966 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 59. | McRae, Paul | 4/25/1984 | Kentucky | Western District of Kentucky | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 60. | Meece, Ryan | 11/12/1972 | Indiana | Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 61. | Menotiades, Nikitas | 8/14/1976 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 62. | Merlo, Cori | 2/9/1978 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 63. | Minor, Archie | 07/23/1955 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 64. | Mocere, Angela | 07/25/1963 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Mojkowski, Corinne | 2/2/1947 | Rhode Island | District of Rhode Island | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 66. | Monk, Jason | 11/4/1972 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 67. | Moore, Shannon Lee | 8/23/1976 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 68. | Moreno, Pearl | 03/19/1955 | New Mexico | District of New Mexico | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 69. | Morris, Linda Faye | 4/29/1968 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 70. | Murawski, Christine | 02/29/1952 | New Jersey | District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 71. | Murphy, Jason | 5/21/1972 | Alabama | Northern District of Alabama | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 72. | Musli, Mohd | 04/26/1968 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 73. | Nati, Darrell | 02/10/1973 | New York | Western District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 74. | Nelson, II, Ronald | 09/13/1957 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 75. | Newell, Kevin M. | 12/26/1962 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 76. | Nightingale, John Brandon | 12/13/1984 | Oregon | District of Oregon | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 77. | Orts, Jerriah | 02/07/1996 | Idaho | District of Idaho | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 78. | Owings, Michael | 02/07/1951 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 79. | Padilla, Cindy | 09/06/1966 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 80. | Patton, Patricia | 6/16/1952 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 81. | Pennington, Gary | 11/04/1962 | Florida | Middle District of Florida | Yes | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Perez, Armando | 06/28/1959 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 83. | Pierre, Mary | 5/16/1960 | Louisiana | Western District of Louisiana | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 84. | Pool, Laureen Key | 5/16/1956 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 85. | Ramirez, Alfonso | 9/25/1957 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 86. | Rasti, Roddy | 1/12/1978 | Virginia | Eastern District of Virginia | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 87. | Reyna, Merced | 03/27/1979 | Texas | Western District of Texas | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 88. | Reynolds, Vena | 9/22/1960 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 89. | Rich, Matthew | 12/17/1987 | Texas | Southern District of Texas | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 90. | Richards, Kelly | 01/15/1973 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 91. | Rieman, Elizabeth A. | 05/01/1974 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 92. | Rodriguez, Sergio | 05/23/1972 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 93. | Rodriguez, Sr., Adolfo | 6/11/1951 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 94. | Rogers, Vernon | 08/21/1963 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 95. | Rousseau, Jr., Albert | 6/3/1955 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 96. | Russell, Christopher | 1/5/1960 | Texas | Eastern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 97. | Salyer, Buddy R. | 08/19/1942 | Kentucky | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 98. | Sandrok, Philip | 04/02/1982 | Illinois | Northern District of Illinois | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 99. | Sauppe, Eric | 11/26/1966 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 100. | Schaffstein, Diane Elizabeth | 6/18/1963 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 101. | Schoen, Tracy | 12/15/1974 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 102. | Schroder, Ginger | 08/18/1964 | New York | Western District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 103. | Schulte, Robert | 07/20/1973 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 104. | Seiler, Robert | 06/07/1945 | Washington | Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 105. | Seymour, Cheryl | 9/16/1946 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 106. | Sharp, William K. | 9/18/1952 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 107. | Sheriff, Jeremy | 02/17/1986 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 108. | Shrader, Shannon B. | 12/10/1982 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 109. | Siklo, Timothy D. | 08/26/1952 | Maryland | District of Maryland | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 110. | Sims, Barney | 08/02/1953 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 111. | Skrocki, Richard | 07/30/1946 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 112. | Snay, Wayne | 4/3/1947 | Massachusetts | District of Massachusetts | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, VI, VII, VIII, IX |
| 113. | Snyder, Christy | 02/09/1958 | Illinois | Southern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 114. | Ste. Claire, Cynthia M. | 1/30/1961 | Indiana | Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 115. | Steele, Brian W. | 08/11/1952 | North Dakota | District of North Dakota | Yes | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Steffenson, Stephen | 10/14/1987 | Illinois | Southern District of Illinois | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 117. | Stockstill, Susan | 12/26/1959 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 118. | Swann, Robert Darrel | 09/26/1956 | Alabama | Southern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 119. | Tapia, Eric | 11/4/1982 | California | Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 120. | Tarnowski, Paul | 12/18/1975 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 121. | Templeton, Linda | 11/22/1953 | Colorado | District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 122. | Tijerina, Antonette | 05/23/1976 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 123. | Tracy, Jr., Gerald | 04/05/1968 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 124. | Underwood, Gar | 07/07/1941 | Florida | Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 125. | Valles, Olivia | 10/6/1972 | Arizona | District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 126. | Vickers, Malik A. | 9/4/1986 | Wisconsin | Western District of Wisconsin | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 127. | Vivero, Gabriel J. | 08/23/1969 | Florida | Middle District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 128. | Vogel, Mark Steven | 10/12/1956 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 129. | Walentiny, Mark | 10/13/1959 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 130. | Walker, Mysti | 1/28/1981 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 131. | Walsh, Mark | 12/17/1957 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 132. | Ward, Joshua J. | 11/30/1978 | Georgia | Northern District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 133. | Watson, Jr., Richard | 5/30/1977 | Georgia | Middle District of Georgia | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 134. | Webber, Dee A. | 8/19/1947 | Ohio | Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 135. | Weber, Richard Henry | 07/14/1939 | Illinois | Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 136. | Webster, David | 11/06/1967 | Michigan | Western District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 137. | Wedee, Ehsanullah | 1/14/1987 | New York | Eastern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 138. | Weir, Richard | 05/20/1954 | Michigan | Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 139. | Weisweaver, Mark | 12/18/1951 | South Carolina | District of South Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 140. | West, Douglas | 08/01/1946 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 141. | Westerdale, Nicholas M. | 02/27/1976 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 142. | Westre, Sonja | 08/16/1937 | Minnesota | District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 143. | Wiese, Jr., Donn E. | 02/08/1970 | Missouri | Western District of Missouri | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 144. | Wilkinson, Steven T. | 03/17/1985 | Alabama | Middle District of Alabama | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 145. | Williams, David | 05/15/1970 | New Mexico | District of New Mexico | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 146. | Williams, Richard | 10/23/1957 | Ohio | Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 147. | Williams, Sunia | 07/17/1959 | Utah | District of Utah | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 148. | Wilson, Robert | 07/15/1986 | New York | Eastern District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |
| 149. | Woodward, Patrick | 6/12/1994 | New York | Northern District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 150. | Zenzola, Michael | 07/31/1961 | California | Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, VI, VII, VIII, IX |